UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL ACTION NO. 2:20-CR-139-1 |
| § | |
| MCKENZIE CORY ALEXANDER § | |
| § | |
| Defendant. § | |

**MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL**

A show cause hearing was held today in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f) and 18 U.S.C. § 3148. Defendant appeared before U.S. District Judge David S. Morales on August 11, 2020 for sentencing. The defendant was sentenced to 12 months in the Bureau of Prisons followed by 2 years of supervised release for the offense of Conspiracy to Transport Undocumented Aliens. The defendant was ordered to self-surrender by 2:00 p.m. on January 4, 2021, at the Federal Correctional Institute in Three Rivers, Texas. A petition for action on pretrial release was filed on December 2, 2020 with the Court alleging that Defendant violated condition 7(m) of his bond conditions ordering that he not use or unlawfully possess a narcotic drug or other controlled substance…unless prescribed by a licensed medical practitioner. The specific factual allegations are included in the petition. (D.E. 118). The defendant stood silent on the allegation at the hearing today and the government proffered the information included in the petition. The Court FINDS the allegation true.

The following requires detention of the defendant pending trial in this case:

(1) There is probable cause to believe that the Defendant has committed a Federal, State, or Local crime while on release;

(2) There is clear and convincing evidence that the Defendant has violated the condition of release; and

(3) Defendant is unlikely to abide by any condition or combination of conditions of release.

The defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED on July 29, 2021.

_____
Julie K. Hampton
United States Magistrate Judge